I am writing you to bring to your attention of ~~need~~ ineffective assistance

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta. Clerk

under state code EX Parte Y BARRA

legal counsel was ineffective for failing to investigate defendants background upon investigation counsel would have seen defendants Prior conviction of a felony ( upon refusing to sign committing supervision application legal counsel stated are you having a hard time distinguishing the difference between a misdemeanor and a felony? also if you say you did it you will get Probation. after failure of community supervision legal counsel stated that didn't work out like I thought it would

also counsel failed to properly view video of interrogation which would reveal evidence that defendant could not have inflicted injuries to victim as demonstrated in video of injury was inflicted as described in video the injury would have been sustained to victim's right side evidence shows victim suffered any injuries to his left side view video interrogation and medical evidence. also I was not informed of other injuries to victim I was only under presumption of laceration other evidence was withheld by legal counsel

Johnny JAMES SR